IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KELLY McNAMARA, Mother,

Appellant,

v.

RICHARD HAMEL, Father,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-453

Opinion filed December 12, 2016.

An appeal from the Circuit Court for Leon County.
Charles A. Francis, Judge.

Scott A. Snavely of Scott A. Snavely, P.A., Tallahassee; John W. Black, Tallahassee, for Appellant.

Christi Gray, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.